JOHN T. HARROLD, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY, Appellant.

(Argued June 5, 1882; decided June 20, 1882.)

*John H. Bergen & David Dudley Field* for appellant.

*Chauncey Shaffer* for respondent.

Agree to affirm.  No opinion.
All concur, except MILLER and FINCH, JJ., absent.
Judgment affirmed.

———————

BRIDGET LEONARD, Respondent, *v.* THE CITY OF WATERTOWN, Appellant.

(Argued June 5, 1882; decided June 20, 1882.)

*John W. Hogan* for appellant.

*Thomas F. Kearns* for respondent.

Agree to affirm.  No opinion.

All concur, except MILLER and FINCH, JJ., absent.
Judgment affirmed.

———————

REUBEN T. POLLARD et al., Respondent, *v.* WILLIAM BRADY, Appellant.

(Argued June 5, 1882; decided June 20, 1882.)

*Harry Wilber* for appellant.

*Frederick H. Man* for respondent.

Agree to affirm on opinion below.
All concur, except MILLER and FINCH, JJ., absent.
Order affirmed.